

# United States District Court
# Eastern District of California

| Edison Manuel Huisha Maza | |
|---|---|
| Plaintiff(s) | |

Case Number: | 1:26-cv-00919-KES-SKO |

V.

| Christopher Chestnut et al. | |
|---|---|
| Defendant(s) | |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Molly M McGee _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Edison Manuel Huisha Maza

On _____05/20/2025_____ (date), I was admitted to practice and presently in good standing in the

_____District Court of Massachusetts_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____02/03/2026_____    Signature of Applicant: /s/ ___Molly M McGee_____

**Pro Hac Vice Attorney**

Applicant's Name: Molly M McGee

Law Firm Name: Law Office of Molly McGee

Address: 385 Broadway

Suite 303

City: Revere    State: MA    Zip: 02151

Phone Number w/Area Code: (617) 208-4141

City and State of Residence: Revere, Massachusetts

Primary E-mail Address: Molly@mollymcgeelaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nicolette Glazer

Law Firm Name: Law Offie of Larry R Glazer

Address: 2121 Avenue of the Stars #800

City: Century City    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 407-5353    Bar # 209713

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/4/2026

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT